UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 02743
    SAUNDRA WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8589

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/20/2006 and was confirmed 08/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/09/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 13340.53 | .00 | 12250.47 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | 738.78 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL/WORLD PERS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | 738.78 | .00 | .00 |
| CORTRUST BANK | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY CLUB APARTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | 1825.27 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 24925.87 | .00 | 6025.06 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | 1825.27 | .00 | .00 |
| LEGAL REMEDIES CHARTERED | ATTORNEY | 1700.00 | .00 | 1700.00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 1,276.47 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 21,252.00 | |
| PRIORITY | | .00 |
| SECURED | | 18,275.53 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,700.00 |
| TRUSTEE COMPENSATION | | 1,276.47 |
| DEBTOR REFUND | | .00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 02743 SAUNDRA WILLIAMS

```
                         ---------------          ---------------
TOTALS                      21,252.00                21,252.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 09/24/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE